AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ROBERT LEE KIMMELL,

    Petitioner,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:12-CV-00212-RCJ-VPC**

JACK PALMER, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.
FURTHER ORDERED that a certificate of appealability is DENIED.

May 15, 2012                                    **LANCE S. WILSON**
                                                                                                       Clerk

                                                                       /s/  M. Campbell
                                                                       Deputy Clerk